# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION NOS. |
|  | : |  |
| ARCHER | : | 02-4532 |
| SAUNDERS | : | 02-4536 |
| ASHER, et al. | : | 02-4769 |
| BATES | : | 02-4784 |
| ASHLEY | : | 02-4804 |
| ACOSTA | : | 02-4828 |
| APPLING, et al. | : | 02-4905 |
| BAVETT, et al. | : | 02-4906 |
| BERRY | : | 02-4908 |
| BREIDENSTEIN | : | 02-4909 |
| GARSHA, et al. | : | 02-4974 |
| GARDNER, et al. | : | 02-4981 |
| GERBER, et al. | : | 02-4997 |
| HANNAH, et al. | : | 02-5032 |
| GRIEGO, et al. | : | 02-5059 |
| COTA | : | 02-5072 |
| FRYMAN, et al. | : | 02-5101 |
| FIERRO, et al. | : | 02-5110 |
| WEINBERG | : | 02-5167 |
| WEINSTEIN | : | 02-5185 |
| WHADFORD | : | 02-5199 |
| TOWARD | : | 02-5219 |
| TRAHAN | : | 02-5222 |
| LARGENT, et al. | : | 02-5245 |
| MELTON, et al. | : | 02-5267 |
| BURNEO, et al. | : | 02-5300 |
| CARTWRIGHT, et al. | : | 02-5336 |
| WILLOUGHBY, et al. | : | 02-5347 |
| MCCLAIN | : | 02-5384 |
| JONES | : | 02-5385 |
| SCHINE | : | 02-5424 |
| PAULSON | : | 02-5485 |
| ORIBA | : | 02-5518 |
| SHEPPARD | : | 02-5527 |
| PIMENTAL, et al. | : | 02-5538 |
| SMITH | : | 02-5555 |
|  | : |  |
| VS. | : |  |
|  | : |  |
| BAYER CORPORATION, *et al.* | : |  |

# **O R D E R**

        **AND NOW,** this _____ day of July, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

|   |   |   |
|---|---|---|
| [   ]  | - | Order staying these proceedings pending disposition of a related action. |
| [   ]  | - | Order staying these proceedings pending determination of arbitration proceedings. |
| [   ]  | - | Interlocutory appeal filed. |
| [ X ]  | - | Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota.</u>. |

It is

        **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

        **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

        **BY THE COURT:**

_____
**Legrome D. Davis, Judge**