IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE SAUNDERS,<br><br>            Plaintiff,<br><br>v.<br><br>BAYER CORPORATION;<br>BAYER AG;<br>GLAXOSMITHKLINE, PLC;<br>GLAXOSMITHKLINE;<br>SMITHKLINE BEECHAM<br><br>            Defendants. | :<br>:  CIVIL ACTION NO. 02-CV-4536<br>:<br>:<br>:<br>:<br>:<br>:  ENTRY OF APPEARANCE<br>:<br>:<br>:<br>:<br>:<br>: |

## ENTRY OF APPEARANCE

To the Clerk of the Court:

      Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin Brennan and Kirstin J. Miller as attorneys for defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline.

Respectfully Submitted,

_____      _____
Hope S. Freiwald                                    Aline Fairweather


_____      _____
Erin Brennan                                            Kirstin J. Miller

                                                             DECHERT PRICE & RHOADS
                                                             4000 Bell Atlantic Tower
                                                             1717 Arch Street
                                                             Philadelphia, PA  19103-2793
                                                             (215) 994-4000